IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN LAWRENCE SHELBY,<br><br>Defendant. | Case No. 3:94-cr-00380-JO<br><br>ORDER GRANTING AMENDED JOINT MOTION TO REDUCE SENTENCE |

Jones, Judge:

This matter is before the Court on the parties' amended joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence on Count 2 to 85 months, leaving in place the 60-month sentence on Count 1, with the two terms to run concurrently. All other terms and provisions of the second amended judgment shall remain unchanged, including the three-year term of supervised release and the requirement that the defendant must reside at and participate in the program of a residential reentry center for not more than 120 days, to be released at the direction of the probation officer. The Court concludes that the

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. The amended judgment shall not become effective until ten days after it is entered on the docket.

Dated this 30th day of October, 2020.

_____
Hon. Robert E. Jones
Senior United States District Court Judge